UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVID WAITON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-03218-JST  (PR)<br><br>**ORDER OF DISMISSAL** |

On July 11, 2013, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983.  On July 7, 2014, the Court issued an order dismissing the complaint with leave to amend.  Plaintiff was advised that he must file an amended complaint within twenty-eight days or his action would be dismissed.  On July 25, 2014, the order was returned as undeliverable.  As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending.  See L.R. 3-11(a).  The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address.  See L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable.  Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

**IT IS SO ORDERED.**

Dated:  September 24, 2014

_____
JON S. TIGAR
United States District Judge